### TEX. & PAC. R'Y CO. v. B. F. McCUMSEY.

(No. 3730.)

APPEAL from Eastland County. Opinion by WILLSON, J.

*(Transferred from Austin.)*

T. H. CONNER, counsel for appellant.

R. B. TRULY, counsel for appellee.

§ 264. *Appeal bond from justice's court held sufficient.* Appellant appealed from a judgment rendered against it in justice's court. The appeal bond to the county court described the judgment as one rendered against "The Texas Pacific Railway Company " and was signed "Texas Pacific R'y Co." In the county court the appeal was dismissed upon motion of appellee upon the grounds that the judgment appealed from was rendered against "The Texas *and* Pacific Railway Company " and that the appeal bond was not signed by said company. *Held* error. The objections made to the appeal bond are not substantial. It is manifest from the entire record that the omission of the word "and " in the corporate name of appellant was a mere clerical omission, which could not mislead, and which does not affect the validity of the bond. [2 W. Con. Rep., §§ 26, 429, 619, 669.]

February 23, 1887.          Reversed and remanded.